# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BOARD OF TRUSTEES,<br>SHEET METAL WORKERS'<br>LOCAL 9 PENSION TRUST, *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN VETERAN HEATING & AIR,<br><br>      Defendant. | Case No. 1:23-cv-03458-NYW-SBP |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs,[1] pursuant to Fed. R. Civ. P. 55 and by their attorneys Slevin & Hart, P.C., hereby submit this Memorandum of Points and Authorities in Support of their Motion for Default Judgment against Defendant American Veteran Heating & Air ("Defendant") and respectfully request that the Court enter a final judgment for Plaintiffs in the amount of at least $220,753.49. In support of this Motion, Plaintiffs rely upon the Memorandum and Declarations being submitted herewith.

---

[1] Plaintiffs are the following: (i) the Board of Trustees of the Sheet Metal Workers' Local 9 Pension Trust (the "Pension Fund"); (ii) the Board of Trustees of the Colorado Sheet Metal Workers' Local 9 Health Fund (the "Health Fund"); (iii) the Joint Apprenticeship and Training Committee of the Colorado Sheet Metal Workers Training Fund (the "Training Fund"); (iv) the SMART Local 9 Vacation Plan (the "Vacation Plan"); (v) the Colorado Sheet Metal Industry Fund (the "Industry Fund"); and (vi) the SMACNA Colorado Drug Testing Fund (the "Drug Testing Fund"). The Pension Fund, Health Fund, and Training Fund are referred to collectively as the "ERISA Funds." The ERISA Funds, Vacation Plan, Industry Fund, and Drug Testing Fund are referred to collectively as the "Funds."

23055742v1

Dated: May 29, 2024								Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Richard S. Siegel
Richard S. Siegel
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
Telephone: (202) 797-8700
Facsimile:  (202) 234-8234
rsiegel@slevinhart.com
*Attorney for Plaintiffs*

</div>

23055742v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2024, the foregoing was served by U.S. Mail and by email upon the following party at the mailing address it has registered with the Colorado Secretary of State.

> American Veteran Heating & Air
> 150 Cascade Ct
> Unit B
> Colorado Springs, CO  80907
> Email:  info@americanveteranheatingandair.com
> *Defendant*

> /s/ Richard S. Siegel
> Richard S. Siegel

23055742v1