# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BOARD OF TRUSTEES,<br>SHEET METAL WORKERS'<br>LOCAL 9 PENSION TRUST, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN VETERAN HEATING & AIR,<br><br>        Defendant. | Case No. 1:23-cv-03458-NYW-SBP |

### DECLARATION OF RICHARD S. SIEGEL, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

I, Richard S. Siegel, Esq., pursuant to 28 U.S.C. § 1746, declare:

1.      I am the attorney of record for the Plaintiffs in this action. I am over the age of 18, and I am competent to testify on the matters stated herein. The facts stated below are based on my personal knowledge.

2.      I make this declaration in support of the Motion for Default Judgment being filed by the Plaintiffs to this action.

3.      I am an Associate with the firm of Slevin & Hart, P.C. (the "Firm") in my 17th year of practice. The Firm is engaged primarily in the practice of employee benefits law and related areas of law.

4.      The Firm is counsel to the Plaintiffs to this action. The Firm was asked by the Plaintiffs to collect delinquent contributions and other payments owed to the Plaintiffs pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act of 1974, as amended, and Section 301 of the Labor Management Relations Act.

1

5.     The following attorneys and professionals of the Firm have worked on pursuing collection of the delinquent amounts owed to the Plaintiffs that are the subject of this matter: Richard S. Siegel, Esq.; Jeffrey S. Swyers, Esq., a Principal of the Firm with 29 years of experience; Andrew R. Dietrich, Esq., a Principal of the Firm with 17 years of experience; and Shreya M. Iyer, a Paralegal of the Firm.

6.     Plaintiffs' attorneys' fees in this matter through May 28, 2024, are $18,681.50 based upon: 36.5 hours of counsel time spent by Mr. Siegel at an hourly rate of $325; 10.9 hours of counsel time spent by Mr. Swyers at an hourly rate of $360; 7.4 hours of counsel time spent by Mr. Dietrich at an hourly rate of $360; and 1.1 hours of paralegal time spent at an hourly rate of $210. Time spent by counsel and the paralegals includes but is not limited to: drafting the complaint, arranging for service of process, negotiating a potential settlement with both Defendant and another company that was considering purchasing Defendant's assets, drafting a motion to strike Defendant's *pro se* answer before the Court did so *sua sponte*, drafting the entry of default, and drafting the motion for default judgment and supporting documents.

7.     Plaintiffs' costs in this matter through May 28, 2024, are $581.28 including: $405.00 in court filing fees, $156.94 in legal research, $19.14 in postage, and $0.20 in PACER charges.

8.     In total, Plaintiffs have incurred a total of $19,262.78 in attorneys' fees and costs in connection with this case through May 28, 2024.

9.     The Firm bills Plaintiffs for fees and costs incurred in this case by dividing those fees and costs between the Colorado Sheet Metal Workers' Local 9 Health Fund (the "Health Fund") and the Sheet Metal Workers' Local 9 Pension Trust (the "Pension Fund"), and separately invoicing the Health Fund and Pension Fund.  Attached hereto as **Exhibits A and B** are true and

23053305v3

accurate copies of summaries of the fees and costs incurred in this case by, respectively, the Health Fund and Pension Fund, which describe: (a) the legal services rendered in connection with this matter, the date on which those services were performed, the attorney and/or paralegal who performed the services, and the time spent in performing said services; and (b) the costs incurred in this matter.  The total amount of fees and costs incurred by Plaintiffs is reflected in Exhibits A and B combined.

      I declare under penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  May 29, 2024               */s/ Richard S. Siegel*
                                              Richard S. Siegel
                                              SLEVIN & HART, P.C.
                                              1625 Massachusetts Avenue, NW, Suite 450
                                              Washington, DC  20036
                                              Telephone: (202) 797-8700
                                              Facsimile:  (202) 234-8234
                                              rsiegel@slevinhart.com
                                              *Attorney for Plaintiffs*

23053305v3

# EXHIBIT A

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 12/27/2023 | Swyers, Jeffrey S. | Review and conference regarding collection issues | 0.30 | 108.00 |
| 12/28/2023 | Swyers, Jeffrey S. | Review documents and emails for preparation of lawsuit, conferneces regarding strategy and recommendation for same, send and receive emails regarding same, review draft complaint, review draft email recommendation | 2.50 | 900.00 |
| 12/28/2023 | Siegel, Richard S. | Send and review emails regarding American Veteran and review and evaluate attachments to same | 0.30 | 97.50 |
| 12/28/2023 | Siegel, Richard S. | Draft American Veteran complaint and research and review documents for purpose of same | 1.40 | 455.00 |
| 12/28/2023 | Siegel, Richard S. | Telephone conferences regarding American Veteran | 0.70 | 227.50 |
| 12/29/2023 | Swyers, Jeffrey S. | Review draft complaint, conferences regarding same, send and receives emails regarding the same and authorization | 1.20 | 432.00 |
| 12/29/2023 | Siegel, Richard S. | Draft and revise American Veteran complaint and related filings and research and review rules and filing procedures regarding same | 0.70 | 227.50 |
| 12/29/2023 | Siegel, Richard S. | Draft, send, and review emails regarding American Veteran complaint and revocation of settlement offer and review documents and correspondence for purpose of same | 0.30 | 97.50 |
| 12/29/2023 | Siegel, Richard S. | Telephone conferences regarding American Veteran complaint and revocation of settlement offer | 0.60 | 195.00 |
| 12/30/2023 | Swyers, Jeffrey S. | Review and send email regarding the filing of lawsuit, conferences regarding same, review response from Employer | 0.60 | 216.00 |
| 12/30/2023 | Siegel, Richard S. | Review, revise, finalize and file American Veteran complaint | 0.20 | 65.00 |
| 12/30/2023 | Siegel, Richard S. | Send, review, and revise emails regarding American Veteran complaint and reaction to same and potential settlement | 0.20 | 65.00 |
| 01/01/2024 | Siegel, Richard S. | Review email regarding settlement agreement | 0.10 | 32.50 |
| 01/02/2024 | Dietrich, Andrew R. | Conferences and teleconferences regarding AVHA delinquency, complaint, and payroll audit, draft emails regarding same | 1.00 | 360.00 |
| 01/02/2024 | Swyers, Jeffrey S. | Send and receive emails regarding filing and audit | 0.10 | 36.00 |
| 01/02/2024 | Siegel, Richard S. | Research and review rules of assigned judges | 0.20 | 65.00 |
| 01/02/2024 | Siegel, Richard S. | Conferences regarding case status and strategy and potential settlement | 0.30 | 97.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 01/02/2024 | Siegel, Richard S. | Send and review emails regarding case filing and opening | 0.10 | 32.50 |
| 01/02/2024 | Iyer, Shreya M. | Review and upload complaint, civil cover sheet, and magistrate consent form | 0.10 | 21.00 |
| 01/03/2024 | Siegel, Richard S. | Send and review emails regarding case administration and letters to departments | 0.10 | 32.50 |
| 01/04/2024 | Siegel, Richard S. | Review and revise letters to Secretaries of Labor and Treasury transmitting complaint | 0.10 | 32.50 |
| 01/04/2024 | Iyer, Shreya M. | Prepare transmittal letters to Secretaries of Labor and Treasury | 0.40 | 84.00 |
| 01/05/2024 | Dietrich, Andrew R. | Teleconference with AVHA regarding litigation and potential settlement, draft emails regarding same, teleconference with payroll auditor regarding same | 0.60 | 216.00 |
| 01/05/2024 | Siegel, Richard S. | Telephone conferences regarding settlement and waiver of service, prepare for same | 0.30 | 97.50 |
| 01/05/2024 | Siegel, Richard S. | Send and review emails regarding waiver of service and audit, prepare waiver forms for purpose of same | 0.30 | 97.50 |
| 01/09/2024 | Dietrich, Andrew R. | Conference regarding service and requested waiver of service | 0.10 | 36.00 |
| 01/09/2024 | Siegel, Richard S. | Conference regarding service and case strategy | 0.10 | 32.50 |
| 01/12/2024 | Dietrich, Andrew R. | Conference regarding email to Air Right regarding waiver of service and documents needed for payroll audit | 0.10 | 36.00 |
| 01/12/2024 | Siegel, Richard S. | Draft, send, and review emails regarding waiver of service and audit, review prior correspondence for purpose of same | 0.20 | 65.00 |
| 01/12/2024 | Siegel, Richard S. | Telephone conference regarding waiver of service and audit | 0.10 | 32.50 |
| 01/16/2024 | Siegel, Richard S. | Finalize and file waiver of service | 0.10 | 32.50 |
| 01/26/2024 | Siegel, Richard S. | Draft and review emails regarding returned payment | 0.10 | 32.50 |
| 02/21/2024 | Siegel, Richard S. | Draft and review emails regarding case status and review documents and prior correspondence for purpose of same | 0.10 | 32.50 |
| 02/22/2024 | Siegel, Richard S. | Review voicemail regarding settlement | 0.10 | 32.50 |
| 02/23/2024 | Dietrich, Andrew R. | Review payroll audit report, draft emails and teleconference with auditor regarding same; conference regarding communication from potential purchaser of American Veteran assets and liabilities | 0.70 | 252.00 |
| 02/23/2024 | Siegel, Richard S. | Telephone conferences regarding damages, audit, and potential settlement | 0.20 | 65.00 |
| 02/23/2024 | Siegel, Richard S. | Review email and attachment regarding audit | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 02/28/2024 | Siegel, Richard S. | Review email regarding delinquency status | 0.10 | 32.50 |
| 02/29/2024 | Dietrich, Andrew R. | Conference regarding proposed settlement | 0.20 | 72.00 |
| 02/29/2024 | Siegel, Richard S. | Conference regarding default and potential settlement | 0.10 | 32.50 |
| 03/01/2024 | Siegel, Richard S. | Draft and review emails regarding damages | 0.10 | 32.50 |
| 03/04/2024 | Siegel, Richard S. | Send and review emails regarding settlement and damages and calculate damages for purposes of same and review related documents and correspondence for purpose of same | 0.40 | 130.00 |
| 03/05/2024 | Siegel, Richard S. | Draft and review emails regarding settlement and request for extension and review related documents and correspondence for purpose of same | 0.20 | 65.00 |
| 03/05/2024 | Siegel, Richard S. | Conference regarding fees for settlement | 0.10 | 32.50 |
| 03/06/2024 | Dietrich, Andrew R. | Teleconference regarding proposed settlement of delinquent contributions, review draft email to Smith Plumbing and Heating regarding same, conference regarding same | 0.20 | 72.00 |
| 03/06/2024 | Siegel, Richard S. | Telephone conferences regarding settlement | 0.20 | 65.00 |
| 03/06/2024 | Siegel, Richard S. | Draft, revise, and review emails regarding settlement and motion for extension and review attachment to same | 0.20 | 65.00 |
| 03/06/2024 | Iyer, Shreya M. | Review and update defendant's request for an extension to answer | 0.10 | 21.00 |
| 03/15/2024 | Siegel, Richard S. | Draft and review emails regarding scheduling order | 0.10 | 32.50 |
| 03/18/2024 | Siegel, Richard S. | Review scheduling order and related rules and forms and send and review emails regarding deadlines resulting from same | 0.20 | 65.00 |
| 03/19/2024 | Dietrich, Andrew R. | Review email from Fund Office regarding payroll audit delinquency, draft email regarding same, conference regarding same | 0.10 | 36.00 |
| 03/19/2024 | Siegel, Richard S. | Conference regarding case and audit status | 0.10 | 32.50 |
| 03/19/2024 | Siegel, Richard S. | Draft and review emails regarding audit status and review attachments to same and related documents and correspondence for purpose of same | 0.20 | 65.00 |
| 03/20/2024 | Siegel, Richard S. | Draft and review emails regarding case status and settlement and review related documents and correspondence for purpose of same | 0.20 | 65.00 |
| 03/21/2024 | Siegel, Richard S. | Conference regarding delinquency status and settlement | 0.10 | 32.50 |
| 03/22/2024 | Dietrich, Andrew R. | Conference regarding proposed settlement, review draft email regarding same | 0.10 | 36.00 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 03/22/2024 | Siegel, Richard S. | Telephone conferences regarding email to defendant and collective bargaining agreement issues | 0.20 | 65.00 |
| 03/22/2024 | Siegel, Richard S. | Draft, review, and revise emails regarding answer deadline, settlement, and collective bargaining agreement | 0.10 | 32.50 |
| 03/22/2024 | Siegel, Richard S. | Review and evaluate documents, pleadings and correspondence regarding collective bargaining agreement issues | 0.20 | 65.00 |
| 04/03/2024 | Swyers, Jeffrey S. | Conference regarding answer and possible motion to strike | 0.20 | 72.00 |
| 04/03/2024 | Siegel, Richard S. | Review and evaluate answer | 0.10 | 32.50 |
| 04/03/2024 | Siegel, Richard S. | Conference regarding answer | 0.10 | 32.50 |
| 04/04/2024 | Dietrich, Andrew R. | Conference regarding proposed motion to strike answer, review draft email to employer regarding same | 0.10 | 36.00 |
| 04/04/2024 | Swyers, Jeffrey S. | Conference regarding possible motion to strike answer | 0.10 | 36.00 |
| 04/04/2024 | Siegel, Richard S. | Evaluate potential motion to strike answer and research and review rules for purpose of same | 0.70 | 227.50 |
| 04/04/2024 | Siegel, Richard S. | Conferences regarding motion to strike answer | 0.10 | 32.50 |
| 04/04/2024 | Siegel, Richard S. | Draft and review emails regarding motion to strike answer | 0.10 | 32.50 |
| 04/05/2024 | Swyers, Jeffrey S. | Review and send emails regarding answer to complaint | 0.10 | 36.00 |
| 04/05/2024 | Siegel, Richard S. | Draft motion to strike and review documents and correspondence for purpose of same | 0.80 | 260.00 |
| 04/05/2024 | Siegel, Richard S. | Draft and review emails regarding motion to strike and order striking answer | 0.10 | 32.50 |
| 04/19/2024 | Siegel, Richard S. | Draft and review emails regarding audit and review documents, pleadings, and correspondence for purpose of same | 0.10 | 32.50 |
| 04/19/2024 | Siegel, Richard S. | Telephone conference regarding audit | 0.10 | 32.50 |
| 04/21/2024 | Siegel, Richard S. | Review email regarding audit | 0.10 | 32.50 |
| 04/23/2024 | Siegel, Richard S. | Review case docket and correspondence regarding case status and deadlines | 0.10 | 32.50 |
| 04/24/2024 | Swyers, Jeffrey S. | Conference regarding answer and timing of default | 0.10 | 36.00 |
| 04/24/2024 | Siegel, Richard S. | Conference regarding answer deadline, case deadlines, and potential default | 0.10 | 32.50 |
| 04/26/2024 | Siegel, Richard S. | Telephone conference regarding case status and employer subsidy | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 05/01/2024 | Siegel, Richard S. | Draft, revise, and file requests for entry of default and motion to adjourn deadlines and related pleadings and review documents, pleadings, and rules for purpose of same | 0.70 | 227.50 |
| 05/01/2024 | Siegel, Richard S. | Draft and review emails regarding request for entry of default and motion to adjourn deadlines | 0.10 | 32.50 |
| 05/02/2024 | Siegel, Richard S. | Draft and review emails regarding default and default judgment | 0.10 | 32.50 |
| 05/03/2024 | Siegel, Richard S. | Review emails regarding order on motion to adjourn deadlines and audit | 0.10 | 32.50 |
| 05/07/2024 | Swyers, Jeffrey S. | Conference regarding estimates for contributions for judgment | 0.10 | 36.00 |
| 05/07/2024 | Siegel, Richard S. | Conferences regarding motion for default judgment | 0.30 | 97.50 |
| 05/07/2024 | Siegel, Richard S. | Draft motion for default judgment and review documents, pleadings, and correspondence for purpose of same | 0.60 | 195.00 |
| 05/08/2024 | Dietrich, Andrew R. | Conference regarding status and next steps for lawsuit | 0.20 | 72.00 |
| 05/08/2024 | Siegel, Richard S. | Draft motion for default judgment and supporting declaration and review documents, pleadings, and correspondence for purpose of same | 0.90 | 292.50 |
| 05/08/2024 | Siegel, Richard S. | Telephone conferences regarding motion for default judgment | 0.30 | 97.50 |
| 05/08/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| 05/09/2024 | Siegel, Richard S. | Draft motion for default judgment and supporting declaration and review documents, pleadings, and correspondence for purpose of same | 0.70 | 227.50 |
| 05/09/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment and audit issues and damage calculations and review and evaluate attachments to same | 0.20 | 65.00 |
| 05/09/2024 | Siegel, Richard S. | Telephone conference regarding motion for default judgment | 0.10 | 32.50 |
| 05/10/2024 | Siegel, Richard S. | Draft and review emails regarding call with auditor | 0.10 | 32.50 |
| 05/13/2024 | Dietrich, Andrew R. | Conference internally regarding determination of delinquent contributions owed under payroll audit | 0.10 | 36.00 |
| 05/13/2024 | Siegel, Richard S. | Telephone conferences regarding case status and audit and prepare for same | 0.20 | 65.00 |
| 05/14/2024 | Siegel, Richard S. | Draft and review emails regarding audit | 0.10 | 32.50 |
| 05/16/2024 | Siegel, Richard S. | Conference regarding audit and default judgment | 0.10 | 32.50 |
| 05/17/2024 | Siegel, Richard S. | Telephone conference regarding audit and default judgment | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 05/17/2024 | Siegel, Richard S. | Draft and revise pleadings for motion for default judgment and compile exhibits to same | 0.40 | 130.00 |
| 05/21/2024 | Siegel, Richard S. | Review email regarding motion for default judgment | 0.10 | 32.50 |
| 05/22/2024 | Siegel, Richard S. | Revise motion for default judgment and related pleadings and research and review documents for purpose of same and review and evaluate comments and revisions to same | 0.40 | 130.00 |
| 05/21/2024 | Swyers, Jeffrey S. | Review motion for default judgment and supporting affidavit, send email regarding revisions to same | 0.30 | 108.00 |
| 05/22/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| 05/23/2024 | Siegel, Richard S. | Review email regarding agreement status for motion for default judgment | 0.10 | 32.50 |
| 05/24/2024 | Siegel, Richard S. | Review and revise declaration for motion for default judgment and review related documents and correspondence for purpose of same | 0.10 | 32.50 |
| 05/28/2024 | Siegel, Richard S. | Review and revise motion for default judgment and declaration in support of same | 0.20 | 65.00 |
| 05/28/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| | | **Total Fees** | **28.40** | **$9,479.50** |

**FEES RECAP**

| Attorney/Paralegal | Hours | Rate | Fees |
|---|---|---|---|
| Dietrich, Andrew R. | 3.50 | 360 | $1,260.00 |
| Swyers, Jeffrey S. | 5.60 | 360 | $2,016.00 |
| Siegel, Richard S. | 18.70 | 325 | $6,077.50 |
| Iyer, Shreya M. | 0.60 | 210 | $126.00 |
| **Total** | **28.40** | | **$9,479.50** |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Colorado Sheet Metal Workers' Local 9 / American Veteran Heating & Air (0710-000025)
For the Period Decembr 27, 2023 through May 28, 2024

## COSTS

| Date | Description | Costs |
|---|---|---|
| 01/04/2024 | Postage | $18.02 |
| 01/15/2024 | Colorado District Court:12/30/23 complaint filing fee | $202.50 |
| 04/30/2024 | Pacer Service Center - January-March 2024 Billing Statement | $0.10 |
| 04/30/2024 | Legal research, Lexis-Nexis: April 2024 | $78.47 |
| 05/01/2024 | Postage | $1.12 |
| | **Total Costs** | **$300.21** |

## FEES AND COSTS RECAP

| | |
|---|---|
| Total Fees | $9,479.50 |
| Total Costs | $300.21 |
| **Total Fees and Costs** | **$9,779.71** |

# EXHIBIT B

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 12/27/2023 | Swyers, Jeffrey S. | Review and conference regarding collection issues | 0.30 | 108.00 |
| 12/28/2023 | Swyers, Jeffrey S. | Review documents and emails for preparation of lawsuit, conferneces regarding strategy and recommendation for same, send and receive emails regarding same, review draft complaint, review draft email recommendation | 2.60 | 936.00 |
| 12/28/2023 | Siegel, Richard S. | Telephone conferences regarding American Veteran | 0.60 | 195.00 |
| 12/28/2023 | Siegel, Richard S. | Send and review emails regarding American Veteran and review and evaluate attachments to same | 0.30 | 97.50 |
| 12/28/2023 | Siegel, Richard S. | Draft American Veteran complaint and research and review documents for purpose of same | 1.40 | 455.00 |
| 12/29/2023 | Swyers, Jeffrey S. | Review draft complaint, conferences regarding same, send and receives emails regarding the same and authorization | 1.20 | 432.00 |
| 12/29/2023 | Siegel, Richard S. | Draft and revise American Veteran complaint and related filings and research and review rules and filing procedures regarding same | 0.70 | 227.50 |
| 12/29/2023 | Siegel, Richard S. | Draft, send, and review emails regarding American Veteran complaint and revocation of settlement offer and review documents and correspondence for purpose of same | 0.40 | 130.00 |
| 12/29/2023 | Siegel, Richard S. | Telephone conferences regarding American Veteran complaint and revocation of settlement offer | 0.50 | 162.50 |
| 12/30/2023 | Swyers, Jeffrey S. | Review and send email regarding the filing of lawsuit, conferences regarding same, review response from Employer | 0.60 | 216.00 |
| 12/30/2023 | Siegel, Richard S. | Telephone conferences regarding American Veteran complaint | 0.10 | 32.50 |
| 12/30/2023 | Siegel, Richard S. | Review, revise, finalize and file American Veteran complaint | 0.20 | 65.00 |
| 12/30/2023 | Siegel, Richard S. | Send, review, and revise emails regarding American Veteran complaint and reaction to same and potential settlement | 0.20 | 65.00 |
| 01/02/2024 | Dietrich, Andrew R. | Conferences and teleconferences regarding AVHA delinquency, complaint, and payroll audit, draft emails regarding same | 1.00 | 360.00 |
| 01/02/2024 | Swyers, Jeffrey S. | Send and receive emails regarding filing and audit | 0.10 | 36.00 |
| 01/02/2024 | Siegel, Richard S. | Conferences regarding case status and strategy and potential settlement | 0.30 | 97.50 |
| 01/02/2024 | Siegel, Richard S. | Telephone conference regarding case status | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 01/02/2024 | Siegel, Richard S. | Research and review rules of assigned judges | 0.10 | 32.50 |
| 01/02/2024 | Iyer, Shreya M. | Review and upload complaint, civil cover sheet, and magistrate consent form | 0.10 | 21.00 |
| 01/03/2024 | Siegel, Richard S. | Send and review emails regarding case administration and letters to departments | 0.10 | 32.50 |
| 01/04/2024 | Siegel, Richard S. | Send and review emails regarding letters to Secretaries of Labor and Treasury and case administration | 0.10 | 32.50 |
| 01/04/2024 | Iyer, Shreya M. | Prepare transmittal letters to Secretaries of Labor and Treasury | 0.40 | 84.00 |
| 01/05/2024 | Dietrich, Andrew R. | Teleconference with AVHA regarding litigation and potential settlement, draft emails regarding same, teleconference with payroll auditor regarding same | 0.60 | 216.00 |
| 01/05/2024 | Siegel, Richard S. | Telephone conferences regarding settlement and waiver of service, prepare for same | 0.30 | 97.50 |
| 01/05/2024 | Siegel, Richard S. | Send and review emails regarding waiver of service and audit, prepare waiver forms for purpose of same | 0.30 | 97.50 |
| 01/09/2024 | Dietrich, Andrew R. | Conference regarding service and requested waiver of service | 0.10 | 36.00 |
| 01/09/2024 | Siegel, Richard S. | Conference regarding service and case strategy | 0.10 | 32.50 |
| 01/12/2024 | Dietrich, Andrew R. | Conference regarding email to Air Right regarding waiver of service and documents needed for payroll audit | 0.10 | 36.00 |
| 01/12/2024 | Siegel, Richard S. | Draft, send, and review emails regarding waiver of service and audit, review prior correspondence for purpose of same | 0.20 | 65.00 |
| 01/12/2024 | Siegel, Richard S. | Telephone conference regarding waiver of service and audit | 0.10 | 32.50 |
| 01/15/2024 | Siegel, Richard S. | Send and review emails regarding waiver of service | 0.10 | 32.50 |
| 01/16/2024 | Siegel, Richard S. | Send and review emails regarding waiver of service | 0.10 | 32.50 |
| 01/26/2024 | Siegel, Richard S. | Telephone conference regarding returned payment | 0.10 | 32.50 |
| 02/21/2024 | Siegel, Richard S. | Draft and review emails regarding case status and review documents and prior correspondence for purpose of same | 0.10 | 32.50 |
| 02/22/2024 | Siegel, Richard S. | Draft email regarding settlement | 0.10 | 32.50 |
| 02/23/2024 | Dietrich, Andrew R. | Review payroll audit report, draft emails and teleconference with auditor regarding same; conference regarding communication from potential purchaser of American Veteran assets and liabilities | 0.70 | 252.00 |

Page 2 of 7

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 02/23/2024 | Siegel, Richard S. | Telephone conferences regarding damages, audit, and potential settlement | 0.10 | 32.50 |
| 02/23/2024 | Siegel, Richard S. | Draft messages regarding potential settlement | 0.10 | 32.50 |
| 02/26/2024 | Siegel, Richard S. | Draft and review emails regarding settlement | 0.10 | 32.50 |
| 02/29/2024 | Dietrich, Andrew R. | Conference regarding proposed settlement | 0.20 | 72.00 |
| 02/29/2024 | Siegel, Richard S. | Conference regarding default and potential settlement | 0.10 | 32.50 |
| 03/04/2024 | Siegel, Richard S. | Telephone conferences regarding damages calculations | 0.10 | 32.50 |
| 03/04/2024 | Siegel, Richard S. | Send and review emails regarding settlement and damages and calculate damages for purposes of same, review related documents and correspondence for purpose of same | 0.40 | 130.00 |
| 03/05/2024 | Siegel, Richard S. | Draft and review emails regarding settlement and request for extension, review related documents and correspondence for purpose of same | 0.20 | 65.00 |
| 03/06/2024 | Dietrich, Andrew R. | Teleconference regarding proposed settlement of delinquent contributions, review draft email to Smith Plumbing and Heating regarding same, conference regarding same | 0.20 | 72.00 |
| 03/06/2024 | Siegel, Richard S. | Telephone conferences regarding settlement | 0.30 | 97.50 |
| 03/06/2024 | Siegel, Richard S. | Draft, revise, and review emails regarding settlement and motion for extension, review attachment to same | 0.10 | 32.50 |
| 03/07/2024 | Siegel, Richard S. | Review email regarding settlement | 0.10 | 32.50 |
| 03/18/2024 | Siegel, Richard S. | Review scheduling order and related rules and forms, send and review emails regarding deadlines resulting from same | 0.20 | 65.00 |
| 03/19/2024 | Dietrich, Andrew R. | Review email from Fund Office regarding payroll audit delinquency, draft email regarding same, conference regarding same | 0.10 | 36.00 |
| 03/19/2024 | Siegel, Richard S. | Conference regarding case and audit status | 0.10 | 32.50 |
| 03/19/2024 | Siegel, Richard S. | Draft and review emails regarding audit status, review attachments to same and related documents and correspondence for purpose of same | 0.30 | 97.50 |
| 03/20/2024 | Siegel, Richard S. | Draft and review emails regarding case status and settlement, review related documents and correspondence for purpose of same | 0.20 | 65.00 |
| 03/22/2024 | Dietrich, Andrew R. | Conference regarding proposed settlement, review draft email regarding same | 0.20 | 72.00 |
| 03/22/2024 | Siegel, Richard S. | Telephone conferences regarding email to defendant and collective bargaining agreement issues | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 03/22/2024 | Siegel, Richard S. | Draft, review, and revise emails regarding answer deadline, settlement, and collective bargaining agreement | 0.20 | 65.00 |
| 03/22/2024 | Siegel, Richard S. | Review and evaluate documents, pleadings and correspondence regarding collective bargaining agreement issues | 0.20 | 65.00 |
| 04/03/2024 | Siegel, Richard S. | Review and evaluate answer | 0.10 | 32.50 |
| 04/03/2024 | Siegel, Richard S. | Draft and review emails regarding answer | 0.10 | 32.50 |
| 04/04/2024 | Dietrich, Andrew R. | Conference regarding proposed motion to strike answer, review draft email to employer regarding same | 0.10 | 36.00 |
| 04/04/2024 | Siegel, Richard S. | Evaluate potential motion to strike answer and research and review rules for purpose of same | 0.60 | 195.00 |
| 04/04/2024 | Siegel, Richard S. | Conferences regarding motion to strike answer | 0.10 | 32.50 |
| 04/04/2024 | Siegel, Richard S. | Draft and review emails regarding motion to strike answer | 0.10 | 32.50 |
| 04/05/2024 | Swyers, Jeffrey S. | Review and send emails regarding answer to complaint | 0.10 | 36.00 |
| 04/05/2024 | Siegel, Richard S. | Draft motion to strike and review documents and correspondence for purpose of same | 0.90 | 292.50 |
| 04/15/2024 | Siegel, Richard S. | Review pending deadlines | 0.10 | 32.50 |
| 04/19/2024 | Siegel, Richard S. | Draft and review emails regarding audit and review documents, pleadings, and correspondence for purpose of same | 0.10 | 32.50 |
| 04/19/2024 | Siegel, Richard S. | Telephone conference regarding audit | 0.10 | 32.50 |
| 04/23/2024 | Siegel, Richard S. | Review case docket and correspondence regarding case status and deadlines | 0.10 | 32.50 |
| 04/24/2024 | Swyers, Jeffrey S. | Conference regarding answer and timing of default | 0.10 | 36.00 |
| 04/24/2024 | Siegel, Richard S. | Conference regarding answer deadline, case deadlines, and potential default | 0.10 | 32.50 |
| 04/25/2024 | Siegel, Richard S. | Draft email regarding potential default and case status | 0.10 | 32.50 |
| 05/01/2024 | Dietrich, Andrew R. | Review draft motion to adjourn and request for entry of default | 0.10 | 36.00 |
| 05/01/2024 | Siegel, Richard S. | Draft, revise, and file requests for entry of default and motion to adjourn deadlines and related pleadings and review documents, pleadings, and rules for purpose of same | 0.60 | 195.00 |
| 05/01/2024 | Siegel, Richard S. | Draft and review emails regarding request for entry of default and motion to adjourn deadlines | 0.10 | 32.50 |
| 05/06/2024 | Siegel, Richard S. | Draft and review emails regarding order on motion for extension and audit status | 0.10 | 32.50 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 05/07/2024 | Swyers, Jeffrey S. | Conference regarding estimates for contributions for judgment | 0.10 | 36.00 |
| 05/07/2024 | Siegel, Richard S. | Conferences regarding motion for default judgment | 0.20 | 65.00 |
| 05/07/2024 | Siegel, Richard S. | Send email regarding motion for default judgment | 0.10 | 32.50 |
| 05/07/2024 | Siegel, Richard S. | Draft motion for default judgment and review documents, pleadings, and correspondence for purpose of same | 0.50 | 162.50 |
| 05/08/2024 | Dietrich, Andrew R. | Conference regarding status and next steps for lawsuit | 0.30 | 108.00 |
| 05/08/2024 | Siegel, Richard S. | Draft motion for default judgment and supporting declaration and review documents, pleadings, and correspondence for purpose of same | 0.90 | 292.50 |
| 05/08/2024 | Siegel, Richard S. | Telephone conferences regarding motion for default judgment | 0.30 | 97.50 |
| 05/08/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| 05/09/2024 | Siegel, Richard S. | Draft motion for default judgment and supporting declaration and review documents, pleadings, and correspondence for purpose of same | 0.60 | 195.00 |
| 05/09/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment and audit issues and damage calculations and review and evaluate attachments to same | 0.30 | 97.50 |
| 05/09/2024 | Siegel, Richard S. | Telephone conference regarding motion for default judgment | 0.10 | 32.50 |
| 05/13/2024 | Dietrich, Andrew R. | Conference internally regarding determination of delinquent contributions owed under payroll audit | 0.20 | 72.00 |
| 05/13/2024 | Siegel, Richard S. | Telephone conferences regarding case status and audit and prepare for same | 0.10 | 32.50 |
| 05/13/2024 | Siegel, Richard S. | Draft email regarding audit | 0.10 | 32.50 |
| 05/16/2024 | Siegel, Richard S. | Review email regarding audit | 0.10 | 32.50 |
| 05/17/2024 | Siegel, Richard S. | Draft and review emails regarding audit and default judgment | 0.10 | 32.50 |
| 05/17/2024 | Siegel, Richard S. | Draft and revise pleadings for motion for default judgment and compile exhibits to same | 0.30 | 97.50 |
| 05/21/2024 | Siegel, Richard S. | Review and evaluate comments and revisions to motion for default judgment | 0.10 | 32.50 |
| 05/22/2024 | Siegel, Richard S. | Revise motion for default judgment and related pleadings and research and review documents for purpose of same and review and evaluate comments and revisions to same | 0.40 | 130.00 |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

**FEES**

| Date | Attorney/Paralegal | Narrative | Hours | Fees |
|---|---|---|---|---|
| 05/21/2024 | Swyers, Jeffrey S. | Review motion for default judgment and supporting affidavit, send email regarding revisions to same | 0.20 | 72.00 |
| 05/22/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| 05/22/2024 | Siegel, Richard S. | Telephone conference regarding motion for default judgment | 0.10 | 32.50 |
| 05/24/2024 | Siegel, Richard S. | Draft and review emails regarding declaration for motion for default judgment | 0.10 | 32.50 |
| 05/24/2024 | Siegel, Richard S. | Review and revise declaration for motion for default judgment and review related documents and correspondence for purpose of same | 0.10 | 32.50 |
| 05/28/2024 | Siegel, Richard S. | Review and revise motion for default judgment and declaration in support of same | 0.10 | 32.50 |
| 05/28/2024 | Siegel, Richard S. | Telephone conference regarding motion for default judgment | 0.10 | 32.50 |
| 05/28/2024 | Siegel, Richard S. | Draft and review emails regarding motion for default judgment | 0.10 | 32.50 |
| | | **Total Fees** | **27.50** | **$9,202.00** |

**FEES RECAP**

| Attorney/Paralegal | Hours | Rate | Fees |
|---|---|---|---|
| Dietrich, Andrew R. | 3.90 | 360 | $1,404.00 |
| Swyers, Jeffrey S. | 5.30 | 360 | $1,908.00 |
| Siegel, Richard S. | 17.80 | 325 | $5,785.00 |
| Iyer, Shreya M. | 0.50 | 210 | $105.00 |
| **Total** | **27.50** | | **$9,202.00** |

**Slevin & Hart, P.C.**
**Fees and Costs Report**
Sheet Metal Workers' Local 9 Pension / American Veteran Heating & Air (0711-000025)
For the Period Decembr 27, 2023 through May 28, 2024

## COSTS

| Date | Description | Costs |
|---|---|---|
| 01/15/2024 | Colorado District Court: 12/30/23 complaint filing fee | $202.50 |
| 04/30/2024 | Pacer Service Center - January-March 2024 Billing Statement | $0.10 |
| 04/30/2024 | Legal research, Lexis-Nexis: April 2024 | $78.47 |
| | **Total Costs** | **$281.07** |

## FEES AND COSTS RECAP

| | |
|---|---|
| Total Fees | $9,202.00 |
| Total Costs | $281.07 |
| **Total Fees and Costs** | **$9,483.07** |