# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BOARD OF TRUSTEES, ) <br> SHEET METAL WORKERS' ) <br> LOCAL 9 PENSION TRUST, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN VETERAN HEATING & AIR, ) <br> ) <br> Defendant. ) | Case No. 1:23-cv-03458-NYW-SBP |

## [PROPOSED] ORDER AND DEFAULT JUDGMENT

Upon consideration of the Motion for Default Judgment by Plaintiffs, and the absence of exceptions thereto, and the entire record in this case, it appearing to the Court that Defendant American Veteran Heating & Air ("Defendant") has failed to plead or otherwise defend in this action, that default was entered against Defendant on May 1, 2024, and that there is no just reason for delay, it is hereby:

ORDERED, that judgment by default is hereby entered in the above-captioned case in favor of Plaintiffs, and against Defendant; and

IT IS FURTHER ORDERED, that Defendant shall pay to Plaintiffs, and Plaintiffs are awarded, $220,753.49; and

IT IS FURTHER ORDERED that Defendant shall pay to Plaintiffs post-judgment interest on the above amount at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid; and

IT IS FURTHER ORDERED that this is without prejudice to Plaintiffs' right to petition the Court to amend the amount of Judgment should Plaintiffs determine that Defendant owes additional amounts to Plaintiffs; and

23055766v2

IT IS FURTHER ORDERED that Defendant shall pay to Plaintiffs any additional reasonable attorneys' fees and costs incurred in connection with this case on and after entry of judgment, including, without limitation, those incurred to enforce and collect this judgment. If any such further action by Plaintiffs is required, they may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs; and

IT IS FURTHER ORDERED, that Plaintiffs are awarded execution for the collection of the judgment and that this Court shall maintain jurisdiction of the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that this Order is without prejudice to any other claims Plaintiffs may have against Defendant.

SO ORDERED.

ENTERED this _____ day of _____, 2024.

_____
Hon. Nina Y. Wang
United States District Judge